

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00291-CV

| | | |
|---|---|---|
| JOHNNY WALKER JR. AND SHEREE SMITH WALKER, Appellants | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2025-001205-1) |
| V. | § | October 23, 2025 |
| BORAIN CAPITAL FUND-V, LLC, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM